IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ANIL KUMAR**   **PETITIONER**

**V.**   **CIVIL ACTION NO. 5:20-CV-92-DCB-MTP**

**SHAWN R. GILLIS**   **RESPONDENT**

## ORDER

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF. No. 8] to which no objections have been filed. Having reviewed the Report and Recommendation, applicable statuary and case law, and being otherwise fully informed of the premises, the Court Adopts the Report and Recommendation.

On March 31, 2020, Kumar filed a Petition for a Writ of Habeas Corpus. On August 12, 2020, Respondent filed a Motion to Dismiss for Mootness [ECF No. 7]. Respondent represented that the Petitioner is no longer detained in the Adams County Correctional Center because he was removed from the country on June 22, 2020. In support of the motion, Respondent presented a declaration [ECF No. 7-1] from Jason J. Meyen, a Supervisory Detention and Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement. Magistrate Judge Parker has found that Respondent's Motion to Dismiss [ECF No. 7] should be granted and the Petition [ECF No. 1] be dismissed as moot because

there no longer remains a controversy.

Accordingly,

IT IS HEREBY ORDERED AND ADJUGED that Magistrate Judge Parker's Report and Recommendation [ECF No. 8] is ADOPTED as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that the Respondent's Motion to Dismiss for Mootness [ECF No. 7] is GRANTED. This case is dismissed with prejudice and closed.

SO ORDERED AND ADJUDGED this 1st day of October, 2020.

\s\ David Bramlette
UNITED STATES DISTRICT JUDGE